IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARREN LAMAR L.,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:19-cv-1878-L** |
| **ANDREW M. SAUL,** Commissioner of Social Security Administration, | § § § § | |
| Defendant. | § § | |

## ORDER

This social security appeal was referred to United States Magistrate David L. Horan, who entered the Finding, Conclusions, and Recommendations of the United States Magistrate Judge ("Report") (Doc. 20) on July 20, 2020, recommending that the court reverse the Commissioner's decision and remand this action for further proceedings. No objections to the Report were filed.

Having reviewed the pleadings, briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this action is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 12th day of August, 2020.

*[signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page