IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARREN LAMAR L.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No**. 3:19-CV-1878-L-BN** |
| | § | |
| **ANDREW M. SAUL,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 7, 2021, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 27) ("Report"), recommending that the court grant Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (Doc. 23), filed November 10, 2020; award Plaintiff reasonable totaling $9,194.33 in attorneys' fees under 28 U.S.C. § 2412(d); and order Defendant to provide the check payable to Darren Lamar L. but to mail the check to the address of Plaintiff's attorney. No objections to the Report were filed.

Having considered the motion, the response and objection to the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** Plaintiff's Motion for Attorney Fees Under the EAJA (Doc. 23); **awards** Plaintiff reasonable attorney's fees totaling **$9,194.33**; and **directs** Defendant to issue a check for this amount payable to Darren Lamar L., which shall be mailed forthwith to the address of Plaintiff's attorney.

**Order – Page 1**

**It is so ordered** this 30th day of July, 2021.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**